**Opinion issued June 28, 2012.**



In The

# Court of Appeals
**For The**
# First District of Texas

———

**NO. 01-11-00673-CV**

———

**ARTHUR COLEMAN D/B/A ARTHUR W. COLEMAN, DDS & ASSOCIATES, Appellant**

**V.**

**HARRIS COUNTY, ON BEHALF OF ITSELF AND THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT; CITY OF HOUSTON; HOUSTON INDEPENDENT SCHOOL DISTRICT; AND HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees**

———

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-05471**

———

**MEMORANDUM OPINION**

Appellant, Arthur Coleman d/b/a Arthur W. Coleman, DDS & Associates, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.